No. 623. LOUGHLIN ET AL. *v.* FIREMEN'S INSURANCE Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jacob N. Halper* for petitioners. *Lucien H. Mercier* and *N. Meyer Baker* for respondent.

No. 624. O'KEEFE ET AL. *v.* WABASH RAILWAY Co. C. A. 7th Cir. Certiorari denied. *Milton W. King, Bernard I. Nordlinger* and *Ellis B. Miller* for petitioners. *Elmer W. Freytag* for respondent.

No. 637. CHESTER H. ROTH Co., INC. *v.* ESQUIRE, INC. C. A. 2d Cir. Certiorari denied. *Asher Blum* for petitioner. *William D. Whitney* for respondent.

No. 595. PAPAGIANAKIS ET AL. *v.* THE SAMOS ET AL. C. A. 4th Cir. Certiorari denied. *J. L. Morewitz* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for Lamoreaux et al.; and *Hugh S. Meredith* and *Braden Vandeventer, Jr.* for The Samos et al., respondents.

No. 635. WILLIAMSON, TRUSTEE, *v.* COLUMBIA GAS & ELECTRIC CORP. C. A. 3d Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Arthur G. Logan* for petitioner. *Clarence A. Southerland* and *Edward S. Pinney* for respondent.

No. 339, Misc. NORTH DAKOTA EX REL. WRIGHT *v.* NYGAARD, WARDEN. Supreme Court of North Dakota. Certiorari denied. Petitioner *pro se. E. T. Christianson,* Attorney General of North Dakota, and *Helgi Johanneson,* Assistant Attorney General, for respondent.